| | |
|---|---|
| 1 | MICHELE BECKWITH |
| | Acting United States Attorney |
| 2 | MATHEW W. PILE |
| | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| 4 | MARGARET BRANICK-ABILLA (CABN 223600) |
| | Special Assistant United States Attorney |
| 5 | Office of Program Litigation, Office 7 |
| | Office of the General Counsel |
| 6 | Social Security Administration |
| | 6401 Security Boulevard |
| 7 | Baltimore, MD 21235 |
| | Telephone: (510) 970-4809 |
| 8 | Email: Margaret.Branick-Abilla@ssa.gov |

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| RENESHA JAMIKA ANTHONY, | Civil No. 2:25-cv-00072-DMC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 40 days, from May 30, 2025, to July 9, 2025, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is the Commissioner's first request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to staffing reductions and organizational changes, counsel for the Commissioner has been tasked with responsibilities including additional jurisdictional

coordinator duties, taking work from other attorneys, and handling more cases, including the instant matter, which was recently reassigned to her. Despite diligent efforts to manage her workload, counsel for the Commissioner needs additional time in the instant case to review the substantial administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: May 22, 2025                    LEHRKIND LAW OFFICE

By: /s/ Margaret Lehrkind*
MARGARET LEHRKIND
Attorneys for Plaintiff
[*As authorized by e-mail on May 22, 2025]

Dated: May 28, 2025                    MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:   /s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on July 9, 2025, and Plaintiff's reply, if any, shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

Dated:  May 28, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE