# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENESHA JAMIKA ANTHONY, | No. 2:25-CV-0072-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is the parties' stipulated motion for an extension of time for filing of Plaintiff's dispositive motion. See ECF No. 10. Good cause appearing therefor, the parties' stipulation is approved and Plaintiff's disposition motion, filed on April 30, 2025, is deemed timely.

IT IS SO ORDERED.

Dated: May 28, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1